**Andrew Sklar, Trustee**
1200 Laurel Oak Road, Suite 102
Voorhees, New Jersey 08043
(856) 258-4050 Tel
(856) 258-6941 Fax
www.sklarlaw.com

# NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following Chapter 7 case should be designated an asset Chapter 7:

In re:  MOORMAN, LISA
Case No. 18-13109/JNP

AMOUNT OF FUNDS ON HAND:
-0-

IF THERE ARE NO FUNDS ON HAND BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATED VALUE OF THE ASSETS:

ACTUAL VALUE:            unknown

ESTIMATED VALUE:         unknown

OTHER INFORMATION RELATING TO STATUS OF CASE:


Trustee:  /s/ Andrew Sklar

July 16, 2018