UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1200 Laurel Oak Road, Suite 102
Voorhees, New Jersey 08043
(856) 258-4050
Attorneys for Chapter 7 Trustee

In Re:

LISA MOORMAN

Case No.: 18-13109-JNP

Judge: Jerrold N Poslusny

Chapter: 7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __ANDREW SKLAR__, is the (check all that apply):

   ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Sklar Law LLC__ to serve as (check all that apply):

   ☒ Attorney for:   ☒ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:   ☐ Trustee   ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel

    ☐ Auctioneer     ☐ Other (specify): _____

3. The employment of the professional is necessary because:
numerous legal services need to be rendered to the estate
_____
_____

4. The professional has been selected because:
they have considerable experience in matters of this character and I believe they are
well qualified to represent the Trustee
_____

5. The professional services to be rendered are as follows:
to prepare on behalf of Trustee necessary petitions, answers, orders, reports and other
legel pleadings; to perform all other legal services for Trustee that may be necessary
herein

6. The proposed arrangement for compensation is as follows:
Hourly, based on the rates in effect at the time the services are rendered,
subject to Bankruptcy Court approval
_____

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe connection: _____
_____
_____

2

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain: _____
    _____
    _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____
    _____
    _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 7/16/18 

/s/ Andrew Sklar
Signature of Applicant

*rev.8/1/15*